# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| DAMIEN CORBETT, ) | Docket no. 2:15-cr-00031-GZS |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER ON MOTIONS IN LIMINE

Before the Court are Defendant's Motions in Limine to exclude the introduction of (1) evidence of an enhanced audio recording, (2) evidence regarding sexual contact between Defendant and witness T.G., and (3) evidence regarding Defendant's participation in an automobile purchase transaction, each as described in the Motions in Limine (ECF No. 59).

The Motion to exclude the enhanced audio recording is GRANTED WITHOUT OBJECTION.

The Motions to exclude evidence of sexual contact and participation in an automobile purchase transaction are DENIED WITHOUT PREJUDICE to Defendant renewing his objections at the appropriate time at trial, provided that the Government shall make no reference to either of these matters in its opening statement and shall not elicit testimony on either of these matters without first providing notice to the Court and Defendant outside of the presence of the jury.

SO ORDERED.

                                                            /s/ George Z. Singal
                                                          United States District Judge

Dated this 10th day of December, 2015.