UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| DAMIEN CORBETT,<br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | )<br>)<br>)<br>)<br>)   No. 2:15-cr-00031-GZS<br>)        2:18-cv-00493-GZS<br>)<br>)<br>)<br>) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on November 30, 2020, his Recommended Decision (ECF No. 205). Petitioner filed his Objection to the Recommended Decision (ECF No. 211) on January 11, 2021. Respondent filed its Response to Petitioner's Objection to the Recommended Decision (ECF No. 216) on February 3, 2021.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is **ORDERED** that Petitioner's 2255 Motion (ECF No. 121) is hereby **DENIED**,

3. It is **ORDERED** that Petitioner's Motion for New Trial (ECF No. 123) is hereby **DENIED**.

4. Petitioner's certificate of appealability pursuant to Rule 11 of the Rules Governing Section 2255 cases is **DENIED** because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. §2253(c)(2).

/s/George Z. Singal_____
U.S. District Judge

Dated this 4th day of February, 2021.